IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PHILLIP TUCKER,

    Plaintiff,

v.                        Civil Action No. 3:18CV121–HEH

COSTCO WHOLESALE,

    Defendant.

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

On March 22, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on May 8, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $11.66 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                              /s/
                                   Henry E. Hudson
Date: June 25, 2018       Senior United States District Judge
Richmond, Virginia